**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRIDGET SIEBERT,**

    **Plaintiff,**

v.                                           Case No: 6:19-cv-1895-Orl-31LRH

**3AUB ENTERPRISES, INC., A3UB**
**ENTERPRISES, INC., UA3**
**ENTERPRISES, INC., AJAY BHALLA,**
**UMA BHALLA and ANUJ BHALLA,**

    **Defendants.**

## ORDER

This is an FLSA case. *See generally* 29 U.S.C. §§ 201 to 209. On December 27, 2019, the parties filed a joint motion to approve their settlement agreement (Doc. 16). Since the proposed settlement involves a compromise of Plaintiff's claim, it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982).

Having reviewed same, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between parties represented by competent counsel. *Id.* The Court further finds that the agreed-upon fee and costs to be paid to Plaintiff's counsel was determined independently, did not affect the payment to Plaintiff, and otherwise appears to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009). It is, therefore

- 2 -

**ORDERED** that said Motion is **GRANTED**. The settlement is **APPROVED** and this case is **DISMISSED** with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 30, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party